UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Christina Henry** | CASE NO.: 1:22-cv-00679 |
| Plaintiff, | |
| -vs.- | **Judge Michael R. Barrett** |
| **Southern Ohio Medical Center** | NOTICE OF APPEAL |
| Defendant. | |

Notice is hereby given that Plaintiff Christina Henry appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 9th day of September 2024.

Respectfully submitted,

**MENDENHALL LAW GROUP**

/s/ Warner Mendenhall
Warner Mendenhall (0070165)
Brian Unger (0096884)
190 North Union Street, Suite 201
Akron, Ohio 44304
Phone: (330) 535-9160
Facsimile: (330) 762-9743
Email: warner@warnermendenhall.com
brian@warnermendenhall.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on this 3rd day of October 2024 the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                      /s/ Warner Mendenhall
                      Warner Mendenhall, 0070165