## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 07, 2024

Mr. Stephen Mark Klyza
Kullman Law Offices
1100 Poydras Street
Suite 1600
Suite 1600
New Orleans, LA 70163

Mr. Warner D. Mendenhall
Mr. Brian C. Unger
Law Offices of Warner Mendenhall
190 N. Union Street
Suite 201
Akron, OH 44304

Re: Case No. 24-3863, *Christina Henry v. Southern Ohio Medical Center*
Originating Case No. : 1:22-cv-00679

Dear Counsel,

This appeal has been docketed as case number **24-3863** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **October 21, 2024**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Transcript Entry |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3863

CHRISTINA HENRY

    Plaintiff - Appellant

v.

SOUTHERN OHIO MEDICAL CENTER

    Defendant - Appellee